# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ALESHA RASMUSSEN | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR 11-4012-2-LTS<br>USM Number: 11449-029<br><br>Pamela Wingert<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilty to violation(s)  1, 2a-c, 3, 4a-b, 5, 6 and 7  of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 2a-c, 7 | Use of Alcohol | September 7, 2016 |
| 3 | Failure to Comply with Drug Testing | August 19, 2016 |
| 4a-b | Use of Controlled Substances | September 5, 2016 |
| 5 | Failure to Comply with RRC Rules | September 3, 2016 |
| 6 | Law Violation | September 4, 2016 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 8, 2017
Date of Imposition of Judgment

Signature of Judge

Leonard T. Strand, U.S. District Judge
Name and Title of Judge

2/8/17
Date

DEFENDANT: **ALESHA RASMUSSEN**
CASE NUMBER: **CR 11-4012-2-LTS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **14 months, to run consecutively to any sentence imposed in the Northern District of Iowa Case Number CR 16-4075-1-LTS.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ALESHA RASMUSSEN
CASE NUMBER: CR 11-4012-2-LTS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release shall be reimposed.**